UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 MAR 12 PM 2:37

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| **Plaintiff.** | § § | |
| v. | § § | CRIMINAL NO. **A18 CR 0087 LY** |
| **RAMON DELRIO,** | § § § | |
| **Defendant.** | § | |

## MOTION TO SEAL CASE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and respectfully requests that the Court seal all documents relating to RAMON DELRIO filed in the above-styled cause. As reason for such request, the United States would show the Court that information contained in these documents will jeopardize the ongoing investigation of this case and could expose the Defendant and/or his family to retributive violence. I have conferred with counsel of record for the above-captioned defendant, Todd Overstreet, and he joins in this motion to seal the above-styled case.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By: _____
GREGG N. SOFER
Assistant U.S. Attorney
816 Congress Avenue, Suite 1000
Austin, TX 78701

## CERTIFICATE OF SERVICE

I hereby certify that on the ___12th___ day of ___March___ 2018, the foregoing sealed document was filed traditionally with the Clerk and a true and correct copy of the foregoing instrument was mailed to counsel of record:

Todd Overstreet
1214 Heights Blvd.
Houston, TX 77008

Dated: ___March 12, 2018___

_____
GREGG N. SOFER
Assistant U.S. Attorney